FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0326

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0326

_____

IN THE MATTER OF:

C.T.D.,                                                              O R D E R

Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2020